FILED'06 APR 07 11:54 USDC-ORE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

ROD SCHWABEL,

        **Plaintiff,**

v.                                 Civil No.: 05-6137-TC

POLICE DEPARTMENT,

        **Defendant.**

## FINDINGS AND RECOMMENDATION

Plaintiff was ordered on May 10, 2005, to file an amended complaint within 30 days of this court's order dismissing plaintiff's initial complaint. To date nothing has been filed.

This action should be dismissed for plaintiff's failure to prosecute and failure to comply with a court order.

Dated: April 7, 2006.

_____
United States Magistrate Judge

FINDINGS AND RECOMMENDATION