IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

ROD SCHWABEL,                    )
                                 )
              Plaintiff,          )
                                 )    Civil No. 05-6137-TC
       v.                         )
                                 )    ORDER
POLICE DEPARTMENT,                )
                                 )
              Defendant.          )
_____)

Magistrate Judge Thomas M. Coffin filed his Findings and
Recommendation on April 7, 2006.  The matter is now before me.
See 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b).  No
objections have been timely filed.  This relieves me of my
obligation to give the factual findings de novo review.  Lorin
Corp. v. Goto & Co., Ltd., 700 F.2d 1202, 1206 (9th Cir. 1982).
See also Britt v. Simi Valley Unified School Dist., 708 F.2d
452, 454 (9th Cir. 1983).  Having reviewed the legal principles
de novo, I find no error.

1    - ORDER

Accordingly, I ADOPT Judge Coffin's Findings and Recommendation. This action is dismissed for plaintiff's failure to prosecute and failure to comply with a court order.


IT IS SO ORDERED.

DATED this ___24th___ day of _____April_____, 2006.


_____

UNITED STATES DISTRICT JUDGE


2   - ORDER